FILED

2013 JUL -8 PM 1:31

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

Jonathan Elliott

5920 Comey Ave.

Los Angeles CA  90034

Plaintiff, pro se

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CV13 4891 MMM (JEMx)

| | |
|---|---|
| JONATHAN ELLIOTT,  )  | Case No. |
| Plaintiff  )  | |
| v.  )  | **COMPLAINT** |
| MONSANTO COMPANY  )  | |
| Defendant  )  | |

Comes now the Plaintiff, Jonathan Elliott, appearing pro se, and for a complaint against

the Defendant, above named, states, alleges,  and avers as follows:

PAID

JUL - 8 2013

Clerk, US District Court
COURT 4612

## JURISDICTION

This Court has subject matter jurisdiction under 28 U.S.C. §1332(a)(1).  Plaintiff is a resident of Los Angeles, California.  Defendant is based in St. Louis, Missouri and has substantial ties with the forum State, including sales of seeds, herbicides and millions of dollars in political contributions to influence the legislation of California government.

## STATEMENT OF CLAIM

The Defendant Monsanto Company has an overwhelming monopoly on the market for soybean, cotton and corn seeds that are particularly resistant to insect and herbicides.   The United States market is in danger because the supply of these seeds is in the hands of one competitor and this is contrary to the free market forces of our capital markets, enriching a single source and making entry into the common stream of commerce impossible from the advent of technological advancements.  Defendant Monsanto Company's actions to control the elements of food production are leading the United States to war against foreign nations so outraged by the Defendant's conduct that our entire country is imperiled.  This complaint in no way seeks to limit the production of GMO seeds ("Genetically Modified Organisms") or limit the distribution, commercialization or sales.

## CAUSES OF ACTION

1. Defendant Monsanto Company is in  violation of 15 U.S.C. § 1. restraint of trade.

2. Defendant Monsanto Company is in violation of  15 U.S.C. § 2, monopoly.

2

COMPLAINT

3. Defendant Monsanto Company is in violation of § 7 of the Clayton Act,

15 U. S. C. § 18.

## STATEMENT OF FACTS

On May 29, 1992 the FDA introduced its policy on Genetically Modified

Organisms and stated:

> "Under this policy, foods, such as fruits, vegetables,
> grains, and their byproducts, derived from plant varieties
> developed by the new methods of genetic modification are
> regulated within the existing framework of the act, FDA's
> implementing regulations, and current practice, utilizing an
> approach identical in principle to that applied to foods
> developed by traditional plant breeding. The regulatory
> status of a food, irrespective of the method by which it is
> developed, is dependent upon objective characteristics
> of the food and the intended use of the food (or its
> components). The method by which food is produced or
> developed may in some cases help to understand the safety
> or nutritional characteristics of the finished food. However,
> the key factors in reviewing safety concerns should be the
> characteristics of the food product, rather than the fact that
> the new methods are used. "*Statement of Policy: Foods
> Derived From New Plant Varieties*,
> Vol. 57 No. 104 Friday, May 29, 1992 p 22984
> DEPARTMENT OF HEALTH AND HUMAN SERVICES
> Food and Drug Administration

Corn is the single largest agricultural product produced in the United States. According to

the USDA, National Agricultural Statistics Service, Agricultural Prices: and USDA, World

Agricultural Outlook Board, World Supply and Demand Estimates, the Weighted average of the

U.S. season-average price based on monthly price received by farmers weighted by monthly

marketings, in 2003/2004 was $2.42 and in 2012/2013 was $6.22, an increase of %257.

> "Farmers complain about Monsanto's prices, but they still
> buy the seeds. Ninety percent of the U.S. soybean crop and
> 80% of the corn crop and  cotton crop are grown with seeds
> containing Monsanto's technology."

3

*The Planet Versus Monsanto*, by Robert Langreth and
Matthew Herper, Forbes Magazine, January 18, 2010.

Defendant's overwhelming market share of soy, corn and cotton is a matter of
indisputable material fact.

Plaintiff alleges that the Defendant, Monsanto Company has a market share
of seeds and a licensing practice that "limits the reproduction" of commodities in violation
of 15 U.S.C. § 1.  See the Defendant's argument in the U.S. Supreme Court  in *Bowman v.
Monsanto Co*, 11-796, March 19, 2013.  The Defendant's argued "Without the ability to limit
reproduction of soybeans containing this patented trait, Monsanto could not have
commercialized its invention and never would have produced what is, by now, the most popular
agricultural technology in America."

The Defendant's argument is in clear violation of restraint of trade, as is the Defendant's
contract with Bowman that he be prohibited from "saving seeds" of his resulting crop.
The decision has fueled public outrage with the Defendant Monsanto Company
and there have been news estimates that nearly 2 million people participated in the
May 2013 protest against them.

In *Monsanto vs. Bowman* the adjudication of the patent helped enforce the
monopolistic marketing of soybean and corn seeds in the United States.  According to
the USDA Economic Research Service, "Corn is the most widely produced feed grain in the
United States, with most of the crop providing the main energy ingredient in livestock feed...
Corn is also processed into a multitude of food and industrial products including starch,
sweeteners, corn oil, beverage and industrial alcohol, and fuel ethanol."  Source:
http://www.ers.usda.gov/topics/crops/corn.aspx#.Ua1RymEqpIA (Last visit June  3, 2013).

4

COMPLAINT

So the cost of goods sold is negatively affected by price increases in a multiplicity of

markets.

> "Seventy years ago, there were nearly seven million American farmers. Now there are about two million, even though the general U.S. population has doubled. Between 1987 and 1992, America lost an average of 32,500 farms per year, mostly family farmers. Of those small farmers still on the land, 80% have farm income below the poverty line." *U.S. Farm Crisis*, by Manjula V. Guru and James E. Horne, The Kerr Center for Sustainable Agriculture, 2000, pg.3.

A cause of action in the field of Soybean production, the

Defendants are also in violation of 15 U.S.C. § 2, monopoly of the corn, soybean and cotton

seed markets. Defendant has genetically altered seeds to withstand the exposure to herbicides

and dominates the market with extraordinarily large market shares, effectively controlling the

supply chain of food. Glyphosate is a broad-spectrum systemic herbicide used to kill weeds,

especially annual broadleaf weeds and grasses known to compete with commercial crops grown

around the globe, it is also known as the Defendant's product called "Roundup."

The Defendant Monsanto Company has a patent on the "Roundup Ready" soybean

seeds resistant to the "Roundup" herbicide that will expire in 2014. However, to preserve

marketshare, the Defendant Monsanto Company has developed a new progeny of seeds called

"Roundup Ready 2.0" which offers a greater yield and will further the preservation of the

Defendant Monsanto Company monopoly of soybean seed business.

Defendant Monsanto argued in *Bowman:*

5

"The very first Roundup Ready soybean seed was only
made in 1996. And it now is grown by more than 90
percent of the 275,000 soybean farms in the United States."
*Supreme Court Appears to Defend Patent
on Soybean,* by Adam Liptak, NY Times Business Day,
Online, February 19, 2013.

"A post-merger market share of 48.8% is sufficient to establish prima facie illegality under *United States v. Philadelphia National Bank*, 374 U.S. 321, 83 S.Ct. 1715, 10 L.Ed.2d 915 (1963), and its progeny." *United States v. Waste Management, Inc.*, 743 F.2d 976, 981 (2d Cir.1984).

"In *United States v. du Pont & Co.*, 351 U.S. 377, 391 , we defined monopoly power as "the power to control prices or exclude competition." The existence of such power  ordinarily may be inferred from the predominant share of the market. *In American Tobacco Co. v. United States*, 328 U.S. 781, 797 , we said that "over two-thirds of the entire domestic field of cigarettes, and . . . over 80% of the field of comparable cigarettes" constituted "a substantial monopoly." In United States v. Aluminum Co. of America, 148 F.2d 416, 429, 90% of the market constituted monopoly power." *United States v. Grinnell Corp.*, 384 U.S. 563, 570-71 (1966)

The Kremlin, so offended by Defendant  Monsanto Company's control over the marketplace, kept U.S. Secretary of State John Kerry three  hours before meeting with Russian leader Vladimir Putin.  The Kremlin, concerned over the  drastic loss of bees from pesticides and other toxins, coupled with Defendant Monsanto  Company's genetic engineering of resistant strains of bees warned of a "bee apocalypse" that will  "most certainly" lead to World War. *Russia Warns Obama: Global War Over "Bee Apocalypse" Coming Soon*,  EU Times on May 10th, 2013. So Defendant Monsanto Company's  extraordinary market share control has fueled the fire of a global conflict. This is another indisputable material fact.   Defendant Monsanto

Company's global control of market share presents a sufficient controversy to warrant adjudication by the courts.   Very substantial threats have given rise to the action.

As the grievance is, at this time a delicate and international one, the right of the individual to advocate for change should be considered paramount. Under section 16 of the Clayton Act, a private plaintiff is entitled to sue for injunctive relief "against threatened loss or damage" to remedy a violation of section 7. Cited in *Rc Bigelow Inc v. Unilever Nv J*, 867 F. 2d 102, 1988.

### DEFENDANT'S MARKET POWER IN THE RELEVANT MARKET

"1998 Monsanto acquired DeKalb Genetics Corporation, which accounted for about 11% of U.S. corn seed sales in that year..." Source: http://www.monsanto.com/newsviews/pages/monsanto-submission-doj.aspx (Last visited June 4, 2013).

This did violate § 7 of the Clayton Act, 15 U. S. C. § 18. The Act, as amended, provides in pertinent part:

"No corporation engaged in commerce shall acquire, directly or indirectly, the whole or any part of the stock or other share capital . . . of another corporation engaged also in commerce, where in any line of commerce in any section of the country, the effect of such acquisition may be substantially to lessen competition, or to tend to create a monopoly."

See *Brown Shoe Co. v. United States*, 370 U.S. 294, 343, 82 S.Ct. 1502, 1533-34, 8 L.Ed.2d  510 (1962) ("market share ... is one of the most important factors to be considered when determining the probable effects of the combination on ... competition in the relevant market"). As cited in *Rc Bigelow Inc v. Unilever Nv J*, 867 F. 2d 102, 1988.

7

In January, 1997 Defendant Monsanto Company agreed to buy Holden's Foundation Seeds Inc., a major corn seed producer, and two Holden seed distributors, for $1.02 billion. "Holden's, the country's last big independent producer of foundation seed, produces seed that is planted on about 35 percent of the acreage set aside for corn, analysts said." *Monsanto in a big seed deal whose price raises eyebrows.*, NY Times, Business Day, Online, By Kenneth N. Gilpin, January 07, 1997.

> "The offense of monopoly under 2 of the Sherman Act has two elements: (1) the possession of monopoly power in the relevant market and (2) the willful acquisition [384 U.S. 563, 571]  or maintenance of that power as distinguished from growth or development as a consequence of a superior product, business acumen, or historic accident." *United States v. Grinnell Corp.*, 384 U.S. 563, 570-71 (1966).

"But the illegal restraint upon commerce among the States which we here find to exist consists in the possession acquired by the proprietary companies through the means and with the object we have stated of dominating commerce among the States ..."*United States v. St. Louis Terminal*, 224 U.S. 383, 32 S.Ct. 507, 56 L.Ed. 810 (1912).

"many biotech trait providers are vertically integrated with seed companies" Monsanto.com, *supra.*

"As we indicated in *Brown Shoe Co. v. United States*, 370 U. S., at 323-324: 'The primary vice of a vertical merger or other arrangement tying a customer to a supplier is that, by foreclosing the competitors of either party from a segment of the market otherwise open to them, the arrangement may act as a `clog on competition,' *Standard Oil Co. of California v. United States*, 337 U. S. 293, 314, which `deprive[s] . . . rivals of a fair opportunity to compete.' H. R. Rep. No. 1191, 571*571 81st Cong., 1st Sess. 8. Every extended vertical arrangement by

its very nature, for at least a time, denies to competitors of the supplier the opportunity to

compete for part or all of the trade of the customer-party to the vertical arrangement."

As cited in *Ford Motor Co. v. United States*, 405 U.S. 562 (1972)

Defendant Monsanto Company's purchase of competitive arrangements in the GMO

seed industry has a substantial effect of destroying the competition.  This tying-in arrangement

means that companies fall under the same research and development channels of operation and

substantially limits the possibilities of independent advances in the relevant market

> "The law directs itself not against conduct which is
> competitive, even severely so, but  against conduct which
> unfairly tends to destroy competition itself. It does so not
> out of  solicitude for private concerns, but out of concern
> for the public interest. See, e.g., *Brunswick Corp. v. Pueblo
> Bowl-O-Mat, Inc.*, 429 U.S. 477, 488 (1977); *Cargill, Inc.
> v.  Monfort of Colorado, Inc.*, 479 U.S. 104, 116 -117
> (1986); *Brown Shoe Co. v. United  States*, 370 U.S. 294,
> 320 (1962)" Spectrum Sports, Inc. v. McQuillan*,
> 506 U.S. 447, 458 (1993).

> "There are four elements to a per se tying violation: (1) the
> tying and tied goods are two  separate products; (2) the
> defendant has market power in the tying product market;
> (3) the defendant affords consumers no choice but to
> purchase the tied product from it; and (4) the tying
> arrangement forecloses a substantial volume of commerce.
> See *Eastman Kodak   Co. v. Image Tech. Servs., Inc.*, 504
> U.S. 451, 461-62 (1992); *Jefferson Parish Hosp. Dist. No.
> 2 v. Hyde*, 466 U.S. 2, 12-18 (1984). "  Cited in *United
> States v. Microsoft  Corp.*, 253 F.3d 34 (D.C. Cir.) (en
> banc), cert. denied, 122 S. Ct. 350 (2001).

In *Bowmen*, the Court responded by upholding the concept of patent infringement, rather

than see the limitations on "seed saving" as restraint of trade.  The Defendant Monsanto

Company's international reach for profits has global significance.

"Even constitutionally protected property rights such as patents may not be used as levers for obtaining objectives proscribed by the antitrust laws." E. g., *Besser Mfg. Co. v. United States*, 343 U. S. 444, 448-449; *Morton Salt Co. v. Suppiger Co.*, 314 U. S. 488.  As cited in *Ford Motor Co. v. United States*, 405 U. S. 562 (1972).

## THE RELEVANT MARKET

The relevant market is the sales, distribution, production, commercialization and marketing of Genetically Manufactured Organisms ("GMO") also known as GMO seeds. These seeds are genetically altered to produce a protein that protects the plant from herbicides, pesticides and  insecticides.  The relevant market is international in breadth and scope, reaching China, Brazil, India, the United States and others.  Consumers could not turn to Defendant Monsanto Company's brand of herbicide without also purchasing their compatible GMO seeds, also produced by the Defendant.  So the vertical integration has created a condition where there is no substantial substitute.

Defendant Monsanto Company reported a gross profit of $7.04 billion for the trailing twelve months reported in their most recent quarter of February 28, 2013. Defendant Monsanto Company enjoyed a profit margin of 17.18%.  Diluted earnings per share for  the trailing twelve months was $4.69 with 533.8 million shares outstanding. Forward annual dividend rate was $1.50.  The Plaintiff believes that traditional methods of dealing with Anti-Trust violations, particularly the notion of divestiture is a hard road to follow in this matter because the technology of herbicides and insecticides is expressly linked to the technology involved with providing genetically altered seeds, which have become a practical method of growing corn, cotton and soybeans.  This having been said, the need to increase the intrinsic market value of the company is regarded in balance with international perceptions of

10

control/ownership of the corporate stock.  The relative performance of the company will likely improve once the image of the company changes from corporate monolith to a co-operative global environment, improving the earning power of the many subsidiaries. The change will require greater accountability, expanding the scope of managers and a fundamental change in the allocation of capital resources.  In the end, the change from management/executive based corporate control to farmer/producer participation will provide added value to operating results, revenues and retained earnings; it will also help ease the yearly expenditures of our local, national and international growers.

> "From 1982 to 1993, the prices paid by farmers for inputs increased by 23%, while the prices received by farmers rose by only a third of the cost increase. In other words, the situation got steadily worse. In 1997-1998, farmers spent about $2.64 per bushel to grow corn (according to government estimates), but they were only able to sell on average at $1.91 per bushel. In 1999, the price went down to $1.82 per bushel while costs of production continued to rise." *U.S. Farm Crisis*, by Manjula V. Guru and James E. Horne, The Kerr Center for Sustainable Agriculture, 2000, pg.4, citing *America's last family farms*. [Available at: http://www.turnpoint.org/lastfarms.txt].

## PRAYER FOR RELIEF

Wherefore, Plaintiff seeks for Defendant Monsanto Company to be ordered to produce a Class "B" series of shares, floated in the amount of 3 million shares, with a $.01 par value, with voting rights, and that 70% (in accordance with approximate market share) of the actual dividend be paid out to the Class "B" shares.
These shares would be offered free at the beginning of Fiscal year 2014 or the Fiscal year beginning 30 days after an Order on the matter, paid to the American farmers who regularly purchase Monsanto corn, soy beans and cotton seeds.

Plaintiff demands injunctive relief in the amount of $17,250,000 pursuant to 15 USC § 26.  Defendant Monsanto Company will be responsible for publishing a "NOTICE OF DISTRIBUTION OF SHARES" and an "APPLICATION FOR SHARES" With each bag of soybean, cotton and corn seeds manufactured and sold in the United States of America.


Dated:  July 8, 2013


Jonathan Elliott

Plaintiff, in pro per

12

COMPLAINT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Margaret M. Morrow and the assigned discovery Magistrate Judge is John E. McDermott.

The case number on all documents filed with the Court should read as follows:

## CV13- 4891 MMM (JEMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☒ ) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
| Jonathan Elliott | Monsanto Company |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) |
|---|---|
| Jonathan Elliott<br>5920 Comey Ave.<br>Los Angeles, CA 90034<br>561-843-1402 | David F. Snively<br>800 North Lindbergh Boulevard<br>St. Louis, MO 63167<br>Phone: 314-694-1000 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☐ 2. U.S. Government Defendant

☐ 3. Federal Question (U.S. Government Not a Party)

☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding   ☐ 2. Removed from State Court   ☐ 3. Remanded from Appellate Court   ☐ 4. Reinstated or Reopened   ☐ 5. Transferred from Another District (Specify)   ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   **MONEY DEMANDED IN COMPLAINT:** $ 17,000,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. §2 monopoly control of food production process leading to global tensions at home and abroad. Diversity jurisdiction consistent with 28 U.S.C §1332(a)(1)

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☒ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY:   Case Number: _____   CV13 4891

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | MISSOURI |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

***Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
**Note:** In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _X_____   DATE: _July 8, 2013_

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |